IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRI BELL as next of friend and O.B.O. her minor daughter, CHELSEA FRICKE, and ALLIE DARO, | ) ) ) ) | Case No. 4:11-cv-3058 RKG CRZ |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **ORDER** |
| BRUNO ENTERPRISES, INC. TOO, d/b/a BUFFALO WILD WINGS, and MARCELLO MODEROW, | ) ) ) ) | |
| Defendants. | ) ) | |

This matter comes before the Court upon the parties Joint Motion to Extend Deadlines (Filing No. 31). Upon consideration thereof, the Court being fully advised in the premises, finds that said Motion should be granted.

It is therefore ORDERED:

(a) Motions to compel shall be filed no later than February 6, 2012.

(b) All discovery and depositions shall be completed no later than February 20, 2012.

(c) Motions to dismiss, motions for summary judgment, and motions to exclude expert witnesses shall be filed no later than February 20, 2012.

(d) A telephonic conference with the undersigned magistrate judge will be held on February 21, 2012 at 9:00 a.m. to discuss the status of case progression and potential settlement. Counsel for the plaintiff shall place the call.

DATED this 6th day of January, 2012.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge